```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34662
   VALERIE D KNODEL
   EUGENE A KNODEL                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-0402    SSN XXX-XX-4323


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/31/05 and confirmed on 12/02/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  14973.22 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| B LINE LLC | SECURED VEHIC | 3500.00 | 278.68 | 3500.00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| TRICAP INVESTMENT PARTNE | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1826.23 | .00 | 400.56 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 602.33 | .00 | 132.11 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 903.29 | .00 | 198.12 |
| TRICAP INVESTMENT PARTNE | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 243.35 | .00 | 53.38 |
| B LINE LLC | UNSECURED | 9017.96 | .00 | 1977.97 |
| HSBC | UNSECURED | 21717.36 | .00 | 4763.41 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3500.00 | .00 | 34310.52 | .00 | 37810.52 |
| PRINCIPAL PAID | 3500.00 | .00 | 7525.55 | .00 | 11025.55 |
| INTEREST PAID | 278.68 | .00 | .00 | .00 | 278.68 |
| TOTAL PAID | 3778.68 | .00 | 7525.55 | .00 | 11304.23 |

```
The Debtor's attorney, DAVID M SIEGEL              , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $     619.77 .

Refunds to the Debtor totaled $    349.22 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/16/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```